Mark Mausert, Esq.
Nevada State Bar No. 2398
930 Evans Avenue
Reno, Nevada 89512
(775)786-5477
(775) 786-9658 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYN SANDAGE | Case No. 3:06-CV-0634-LRH-RAM |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| STATE OF NEVADA, dba NEVADA HIGHWAY PATROL, and DOES I-X, | |
| Defendants. | |

COMES NOW, Plaintiff JACQUELYN SANDAGE, by and through her attorney Mark Mausert, Esq., to appeal the order (#56) dated January 11, 2008, by the Honorable Larry R. Hicks, United States District Judge, denying Plaintiff's Motion for Preliminary Injunctive Relief (#26).

DATED this 23rd day of January, 2008.

*/s/ Mark Mausert*
MARK MAUSERT, ESQ.
Attorney for Plaintiff

Page 1 of 1