## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO, NEVADA

| | |
|---|---|
| JACQUELYN SANDAGE, | 3:06-cv-00634-LRH-(RAM) |
| | C/A #: 08-15127 |
| Plaintiff/Appellant, | |
| | ORDER ON MANDATE |
| vs. | |
| STATE OF NEVADA, et al., | |
| Defendants/Appellees. | |

    The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on March 25, 2008, issued its mandate granting Appellant's motion for voluntary dismissal of the appeal, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

    DATED this 2nd day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE