CATHERINE CORTEZ MASTO
Attorney General
STEPHEN D. QUINN
Senior Deputy Attorney General
Nevada Bar No. 5746
Litigation Division
100 North Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1222
Fax: (775) 684-1275

Attorneys for Defendant State of Nevada
Department of Public Safety

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYN SANDAGE,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, dba NEVADA HIGHWAY PATROL and DOES I-X,<br><br>               Defendants. | Case No.: 3:06-CV-00634-LRH-RAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Defendant State of Nevada Department of Public Safety, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Stephen D. Quinn, Senior Deputy Attorney General, and Plaintiff Jacquelyn Sandage, by and through counsel, Mark Mausert, Esq., hereby stipulate that this case may and shall be dismissed, with prejudice, each party to bear her or its own costs, expenses and attorneys' fees.

    (The remainder of this page is left blank intentionally.)

The Court shall retain jurisdiction for the purpose of resolving disputes arising under and relating to enforcement of the settlement agreement reached between the parties.

DATED this 2nd day of June, 2008.

|  |  |
|---|---|
| *signature* | CATHERINE CORTEZ MASTO<br>Attorney General<br><br>By: *signature* |
| Mark Mausert, Esq.<br>*Attorney for Plaintiff*<br>*Jacquelyn Sandage* | Stephen D. Quinn<br>Senior Deputy Attorney General<br><br>*Attorneys for Defendant*<br>*State Department of Public Safety* |

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated this \_\_\_\_\_ day of _____, 2008.

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717