# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYN SANDAGE,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, dba NEVADA HIGHWAY PATROL and DOES I-X,<br><br>    Defendants. | Case No.: 3:06-CV-00634-LRH-RAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Defendant State of Nevada Department of Public Safety, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Stephen D. Quinn, Senior Deputy Attorney General, and Plaintiff Jacquelyn Sandage, by and through counsel, Mark Mausert, Esq., hereby stipulate that this case may and shall be dismissed, with prejudice, each party to bear her or its own costs, expenses and attorneys' fees.

(The remainder of this page is left blank intentionally.)

1  The Court shall retain jurisdiction for the purpose of resolving disputes arising under
2  and relating to enforcement of the settlement agreement reached between the parties.

3  DATED this 2nd day of June, 2008.

|  |  |
|---|---|
|  | CATHERINE CORTEZ MASTO<br>Attorney General |
| _____<br>Mark Mausert, Esq.<br><br>*Attorney for Plaintiff*<br>*Jacquelyn Sandage* | By: _____<br>Stephen D. Quinn<br>Senior Deputy Attorney General<br><br>*Attorneys for Defendant*<br>*State Department of Public Safety* |

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: June 9, 2008.